**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Hayden R. Smith, Esq.
Nevada Bar No. 15328
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
hsmith@maclaw.com
  Attorneys for Defendants
  Nye County and Brian Kunzi

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE LYNN STROTHER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; NYE COUNTY DIRECTOR OF PLANNING, BRETT WAGGONER, individually; NYE COUNTY DISTRICT ATTORNEY, BRIAN KUNZI, and individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case Number:<br>2:23-cv-00947-GMN-NJK<br><br>**JOINT MOTION TO SET ASIDE DEFAULTS; TO EXTEND TIME FOR DEFENDANTS TO SERVE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; AND TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY PROTECTIVE ORDER AND HEARING FOR PRELIMINARY INJUNCTION (FIRST REQUEST)** |

On June 20, 2023 Plaintiff's Complaint [ECF 1] was filed with this Court, and on July 24, 2023, Plaintiff's Motion for Temporary Protective Order and Hearing for Preliminary Injunction (the "**Motion**") [ECF 12]. Plaintiff Michelle Lynn Strother, by and through her counsel of record, the law firm of Kerr Simpson Attorneys at Law; and Defendant Brian Kunzi ("**Moving Defendant**"), by and through his counsel of record, the law firm of Marquis Aurbach, hereby jointly move this Court for an order to (1) set aside all Defaults that have been entered against any of the Defendants, (2) to extend the time for all Defendants to serve a responsive pleading to Plaintiff's Motion; and (3) to extend the time for the Defendants to file a response to Plaintiff's Motion.

MAC:17131-004 5183536_1

Plaintiff and Moving Defendant hereby jointly move and stipulate as follows:

1. On June 28, 2023, Defendants Kunzi and Defendant Waggoner were purportedly served with process when a copy of Plaintiff's Complaint and a Summons was left with respective secretaries working in the Nye County District Attorney's Office and Nye County Planning Department, pursuant to that Affidavit of Service included in Plaintiff's respective request for default for Defendant Kunzi and Defendant Waggoner, respectively [ECF 9-1] and [ECF 10-1].

2. The Clerk of Court entered a Default for both Defendant Kunzi and Defendant Waggoner on August 8, 2023 [ECF 15].

3. Pursuant to LR IA 6-1, this is the first request for an extension of time to file a responsive pleading to Plaintiff's Complaint and will not impact any dates in this case.

4. Pursuant to LR IA 6-1, excusable neglect exists for Defendants' failure to timely file a responsive pleading to Plaintiffs' Complaint and to timely oppose the Motion as Defendants were not personally served with process or the subsequent Motion, and there was a miscommunication between the respective staff members who were served and the Defendants in this matter.

5. As a result of the miscommunication referenced above, Defendants have only just retained counsel to appear in this matter.

6. Plaintiff and Moving Defendant have stipulated and agree to a twenty-one (21)-day extension of time from the date of the filing of this Joint Motion to give all Defendants time to prepare any appropriate responsive pleading to the Plaintiff's Complaint and a response to the Motion.

7. This joint motion is exclusive of Defendants' right to file motions under Rule 12 of the Federal Rules of Civil Procedure, and is not meant as a waiver of any such right or of any affirmative defenses.

8. Based on the foregoing, Plaintiff and Moving Defendant respectfully request that the deadline for all Defendants to file responsive pleadings to Plaintiff's Complaint and

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:17131-004 5183536_1

to respond to the Motion, be extended to August 31, 2023, and that the Court enter the order included herein.

Dated this 11th day of August, 2023

| MARQUIS AURBACH | KERR SIMPSON ATTORNEYS AT LAW |
|---|---|
| By: /s/ Hayden R. Smith<br>    Brian R. Hardy, Esq.<br>    Nevada Bar No. 10068<br>    Hayden R. Smith, Esq.<br>    Nevada Bar No. 15328<br>    10001 Park Run Drive<br>    Las Vegas, Nevada 89145<br>    Attorneys for Defendants<br>    Nye County and Brian Kunzi | By: /s/ George E. Robinson<br>    P. Sterling Kerr, Esq.<br>    Nevada Bar No. 3978<br>    George E. Robinson, Esq.<br>    Nevada Bar No. 9667<br>    2900 W. Horizon Ridge Pkwy, Ste. 200<br>    Henderson, Nevada 89052<br>    Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 14, 2023