P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: 702.451.2055
Fax: 702.451.2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE LYNN STROTHER, an individual; <br><br> Plaintiff, <br><br> v. <br><br> NYE COUNTY, a political subdivision of the State of Nevada; NYE COUNTY DIRECTOR OF PLANNING, BRETT WAGGONER, individually; NYE COUNTY DISTRICT ATTORNEY, BRIAN KUNZI, and individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.  2:23-cv-00947-GMN-NJK <br><br><br> **PROPOSED ORDER EXTENDING TIME TO OPPOSE MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

The parties hereto, by and through their respective counsel of record, hereby stipulate that the time for Plaintiff to respond to Defendants' motion to dismiss Plaintiff's Complaint (Document 24), shall be extended for two weeks, until September 28, 2023.

KERR SIMPSON ATTORNEYS AT LAW

/s/ George E. Robinson
_____

George E. Robinson, Esq.
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Attorneys for Plaintiff,
*Michelle Lynn Strother*

MARQUIS AURBACH

/s/ Brian R. Hardy
Brian R. Hardy, Esq.
10001 Park Run Drive
Las Vegas, NV  89145
Attorneys for Defendants,
*Nye County and Brian Kunzi*

**IT IS SO ORDERED.**
Dated this 15 day of September, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1 of 2

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone: (702) 451-2055 Facsimile: (702) 451-2077