UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE LYNN STROTHER,<br><br>    Plaintiff(s),<br><br>v.<br><br>NYE COUNTY, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00947-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 30] |

Pending before the Court is a stipulation to extend the deadline to amend the complaint. Docket No. 30.[1]  The stipulation provides no elaboration at all, including the reason why an extension is needed.  *But see* Local Rule IA 6-1(a).  Accordingly, the stipulation is denied without prejudice.[2]

IT IS SO ORDERED.

Dated: September 22, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Given the posture of the case, the Court assumes the parties are referring to the deadline to amend the complaint as a matter of course, though the stipulation does not specify.

[2] The stipulation violates the local rules by providing the signature block for judicial approval on a separate page.  Local Rule IA 6-2.

1