# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE LYNN STROTHER,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>NYE COUNTY, et al.,<br><br>　　　Defendant(s). | Case No. 2:23-cv-00947-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 34] |

　　　Pending before the Court is a third stipulation to extend the deadline to amend the complaint as a matter of course. Docket No. 34. Courts do not typically grant extensions of this deadline. *PlayUp, Inc. v. Mintas*, 2022 WL 228280, at *1 (D. Nev. Jan. 26, 2022) (quoting *Jaime v. Parts Auth. LLC*, 2021 WL 1163165, at *1 (D. Ariz. Mar. 26, 2021)). <u>As a one-time courtesy</u>, the Court will allow the extension sought here. Accordingly, the third stipulation is **GRANTED** and the deadline to amend as a matter of course is **EXTENDED** to October 28, 2023. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

　　　IT IS SO ORDERED.

　　　Dated: October 2, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge