Brenoch R. Wirthlin, Esq.
Nevada Bar No. 10282
HUTCHISON & STEFFEN, PLLC
Peccole Professional Plaza
10080 Alta Drive No. 200
Las Vegas, Nevada 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
email: bwirthlin@hutchlegal.com

P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: 702.451.2055
Fax: 702.451.2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

Michael M. DeLee, Esq.
Nevada Bar No. 011948
DELEE LAW OFFICES, LLC
18 Power Line Rd.
Amargosa Valley, NV 89020
Phone: 775-372-1999
Fax: 775-372-1234
michael@deleelaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCADIA ELITE LLC, MICHELLE LYNN STROTHER, an individual; and ROBERT JAMES HUTCHISON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada,<br>Defendant. | Case No.  2:23-cv-947 – GMN-NJK<br><br>**PROPOSED ORDER EXTENDING TIME TO OPPOSE MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1 of 2

1    The parties hereto, by and through their respective counsel of record, hereby stipulate that

2    the time for Plaintiffs to respond to Defendant's motion to dismiss Plaintiffs' First Amended

3    Complaint (Document 41), shall be extended for two weeks, until December 11, 2023, with

4    Defendant's time to reply extended until December 22, 2023.   The parties make this request

5    because the current deadline for Plaintiffs' response to the motion to dismiss is the Monday

6    following the Thanksgiving holiday.   This is the first request to extend time related to this

7    motion to dismiss Plaintiffs' First Amended Complaint.

8

9    HUTCHISON & STEFFEN, PLLC                    MARQUIS AURBACH

10    */s/ Brenoch R. Wirthlin*                          */s/ Heyden R. Smith*

11    Brenoch R. Wirthlin, Esq.                     Heyden R. Smith, Esq.
      Peccole Professional Plaza                    Brian R. Hardy, Esq.
12    10080 Alta Drive No. 200                      10001 Park Run Drive
      Las Vegas, Nevada 89145                       Las Vegas, NV  89145
13                                                  Attorneys for Defendant,
                                                    *Nye County*
14

15    */s/ Michael M. DeLee*                          */s/ George E. Robinson*

16    Michael M. DeLee, Esq.                        George E. Robinson, Esq.
17    DELEE LAW OFFICES, LLC                        KERR SIMPSON ATTORNEYS AT LAW
      18 Power Line Rd.                             2900 W. Horizon Ridge Parkway, Suite 200
18    Amargosa Valley, NV 89020                     Henderson, NV 89052

19
      Attorneys for Plaintiffs,
20    *Arcadia Elite LLC, Michelle Lynn Strother*
      *and Robert James Hutchison*
21

22                                                  **IT IS SO ORDERED**:

23

24                                                  _____
                                                    Gloria M. Navarro, District Judge
25                                                  UNITED STATES DISTRICT COURT

26                                                  DATED: November 22, 2023

27

28

**Bobbie Benitez**

| | |
|---|---|
| **From:** | William R. Finizio |
| **Sent:** | Tuesday, November 21, 2023 3:48 PM |
| **To:** | Teresa Tokumon-Phillips |
| **Cc:** | Brenoch R. Wirthlin; Bobbie Benitez; Danielle Kelley |
| **Subject:** | FW: Arcadia v. Nye County [IWOV-iManage.FID1286866] |

Signature authorization 1 of 3

---

**From:** Hayden Smith <hsmith@MACLAW.com>
**Sent:** Monday, November 20, 2023 3:44 PM
**To:** William R. Finizio <wfinizio@hutchlegal.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Thanks Bill. If you can also, please add my name under Brian's name in the signature block, then you can add my e-signature.



**Hayden R. D. Smith, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6078
f | 702.382.5816
hsmith@maclaw.com
maclaw.com

 **Please consider the environment before printing this e-mail!**
DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

---

**From:** William R. Finizio <wfinizio@hutchlegal.com>
**Sent:** Monday, November 20, 2023 3:41 PM
**To:** Hayden Smith <hsmith@MACLAW.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Attached is a revised proposed order, with a 12/22 deadline for reply.  Thanks.

Bill

**From:** Hayden Smith <hsmith@MACLAW.com>
**Sent:** Monday, November 20, 2023 3:26 PM
**To:** William R. Finizio <wfinizio@hutchlegal.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Bill,

Thanks—per Brenoch's pervious email about giving us a similar extension, can we push our reply due date to Friday (12/22)?

Thanks,



**Hayden R. D. Smith, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6078
f | 702.382.5816
hsmith@maclaw.com
maclaw.com

 **Please consider the environment before printing this e-mail!**
DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

**From:** William R. Finizio <wfinizio@hutchlegal.com>
**Sent:** Monday, November 20, 2023 3:06 PM
**To:** Hayden Smith <hsmith@MACLAW.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

All – Please see attached, a draft Proposed Order Extending Time to Oppose the Motion to Dismiss the First Amended Complaint. Please advise if it meets with your approval and authorize your signature. Thanks.

Bill

**From:** Hayden Smith <hsmith@MACLAW.com>
**Sent:** Wednesday, November 15, 2023 9:59 AM
**To:** Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; William R. Finizio <wfinizio@hutchlegal.com>; Jon Linder

<jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Hi Brenoch,

I spoke with Brian and we are agreeable to the extensions you proposed—please prepare a stipulation for our review.

Thanks,



**Hayden R. D. Smith, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6078
f | 702.382.5816
hsmith@maclaw.com
maclaw.com



🌲 **Please consider the environment before printing this e-mail!**
DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

**From:** Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>
**Sent:** Tuesday, November 14, 2023 3:22 PM
**To:** Brian R. Hardy <bhardy@maclaw.com>; Hayden Smith <hsmith@MACLAW.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; William R. Finizio <wfinizio@hutchlegal.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>
**Subject:** Arcadia v. Nye County

Brian and Hayden, it looks like our opposition to your motion to dismiss will be due the Monday after Thanksgiving.  I know our office will be closed during the holidays and propose a 2 week extension for our opposition if you are agreeable.  We are, of course, agreeable to similar extension on your reply due date.  Let me know if you're good with that and we'll circulate the appropriate stipulation.  Thanks

Brenoch R. Wirthlin
Partner

HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

**Bobbie Benitez**

| | |
|---|---|
| **From:** | William R. Finizio |
| **Sent:** | Tuesday, November 21, 2023 3:48 PM |
| **To:** | Teresa Tokumon-Phillips |
| **Cc:** | Brenoch R. Wirthlin; Bobbie Benitez; Danielle Kelley |
| **Subject:** | FW: Arcadia v. Nye County [IWOV-iManage.FID1286866] |

Signature authorization 2 of 3

**From:** michael@deleelaw.com <michael@deleelaw.com>
**Sent:** Tuesday, November 21, 2023 2:34 PM
**To:** William R. Finizio <wfinizio@hutchlegal.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>
**Cc:** Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; 'George Robinson' <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Yes.  Thank you.
--Michael

**From:** William R. Finizio <wfinizio@hutchlegal.com>
**Sent:** Tuesday, November 21, 2023 12:38 PM
**To:** Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]


Michael and George. Can you please confirm it is ok to affix your signatures to the proposed order? Thanks.


Bill


Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------
From: Hayden Smith <hsmith@MACLAW.com>
Date: 11/20/23 3:44 PM (GMT-08:00)
To: "William R. Finizio" <wfinizio@hutchlegal.com>, "Brenoch R. Wirthlin" <bwirthlin@hutchlegal.com>, "Brian R. Hardy" <bhardy@maclaw.com>
Cc: "Michael M. DeLee" <michael@deleelaw.com>, Jon Linder <jlinder@hutchlegal.com>, Danielle Kelley <dkelley@hutchlegal.com>, George Robinson <george@kerrsimpsonlaw.com>
Subject: RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Thanks Bill. If you can also, please add my name under Brian's name in the signature block, then you can add my e-signature.

1



**Hayden R. D. Smith, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6078
f | 702.382.5816
hsmith@maclaw.com
maclaw.com

 **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

---

**From:** William R. Finizio <wfinizio@hutchlegal.com>
**Sent:** Monday, November 20, 2023 3:41 PM
**To:** Hayden Smith <hsmith@MACLAW.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Attached is a revised proposed order, with a 12/22 deadline for reply.  Thanks.

Bill

---

**From:** Hayden Smith <hsmith@MACLAW.com>
**Sent:** Monday, November 20, 2023 3:26 PM
**To:** William R. Finizio <wfinizio@hutchlegal.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Bill,

Thanks—per Brenoch's pervious email about giving us a similar extension, can we push our reply due date to Friday (12/22)?

Thanks,



**Hayden R. D. Smith, Esq.**
10001 Park Run Drive

Las Vegas, NV 89145
t | 702.207.6078
f | 702.382.5816
hsmith@maclaw.com
maclaw.com

 **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

---

**From:** William R. Finizio <wfinizio@hutchlegal.com>
**Sent:** Monday, November 20, 2023 3:06 PM
**To:** Hayden Smith <hsmith@MACLAW.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

All – Please see attached, a draft Proposed Order Extending Time to Oppose the Motion to Dismiss the First Amended Complaint. Please advise if it meets with your approval and authorize your signature. Thanks.

Bill

---

**From:** Hayden Smith <hsmith@MACLAW.com>
**Sent:** Wednesday, November 15, 2023 9:59 AM
**To:** Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; William R. Finizio <wfinizio@hutchlegal.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Hi Brenoch,

I spoke with Brian and we are agreeable to the extensions you proposed—please prepare a stipulation for our review.

Thanks,



**Hayden R. D. Smith, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6078
f | 702.382.5816
hsmith@maclaw.com
maclaw.com

 **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the

communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

---

**From:** Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>
**Sent:** Tuesday, November 14, 2023 3:22 PM
**To:** Brian R. Hardy <bhardy@maclaw.com>; Hayden Smith <hsmith@MACLAW.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; William R. Finizio <wfinizio@hutchlegal.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>
**Subject:** Arcadia v. Nye County

Brian and Hayden, it looks like our opposition to your motion to dismiss will be due the Monday after Thanksgiving.  I know our office will be closed during the holidays and propose a 2 week extension for our opposition if you are agreeable.  We are, of course, agreeable to similar extension on your reply due date.  Let me know if you're good with that and we'll circulate the appropriate stipulation.  Thanks

Brenoch R. Wirthlin
Partner

HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

William R. Finizio
Attorney

**Bobbie Benitez**

| | |
|---|---|
| **From:** | William R. Finizio |
| **Sent:** | Tuesday, November 21, 2023 3:49 PM |
| **To:** | Teresa Tokumon-Phillips |
| **Cc:** | Brenoch R. Wirthlin; Bobbie Benitez; Danielle Kelley |
| **Subject:** | FW: Arcadia v. Nye County [IWOV-iManage.FID1286866] |

Signature authorization 3 of 3.

---

**From:** George Robinson <george@kerrsimpsonlaw.com>
**Sent:** Tuesday, November 21, 2023 12:58 PM
**To:** William R. Finizio <wfinizio@hutchlegal.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>
**Subject:** Re: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Yes.  Esign for me.
George

Sent via the Samsung Galaxy S23+ 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** William R. Finizio <wfinizio@hutchlegal.com>
**Sent:** Tuesday, November 21, 2023 12:37:43 PM
**To:** Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]


Michael and George. Can you please confirm it is ok to affix your signatures to the proposed order? Thanks.


Bill


Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------
From: Hayden Smith <hsmith@MACLAW.com>
Date: 11/20/23 3:44 PM (GMT-08:00)
To: "William R. Finizio" <wfinizio@hutchlegal.com>, "Brenoch R. Wirthlin" <bwirthlin@hutchlegal.com>, "Brian R. Hardy" <bhardy@maclaw.com>
Cc: "Michael M. DeLee" <michael@deleelaw.com>, Jon Linder <jlinder@hutchlegal.com>, Danielle Kelley <dkelley@hutchlegal.com>, George Robinson <george@kerrsimpsonlaw.com>
Subject: RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Thanks Bill. If you can also, please add my name under Brian's name in the signature block, then you can add my e-signature.



**Hayden R. D. Smith, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6078
f | 702.382.5816
hsmith@maclaw.com
maclaw.com

🌲 **Please consider the environment before printing this e-mail!**
DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law



**From:** William R. Finizio <wfinizio@hutchlegal.com>
**Sent:** Monday, November 20, 2023 3:41 PM
**To:** Hayden Smith <hsmith@MACLAW.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Attached is a revised proposed order, with a 12/22 deadline for reply.  Thanks.

Bill

**From:** Hayden Smith <hsmith@MACLAW.com>
**Sent:** Monday, November 20, 2023 3:26 PM
**To:** William R. Finizio <wfinizio@hutchlegal.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Bill,

Thanks—per Brenoch's pervious email about giving us a similar extension, can we push our reply due date to Friday (12/22)?

Thanks,



**Hayden R. D. Smith, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6078
f | 702.382.5816
hsmith@maclaw.com
maclaw.com

 **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

---

**From:** William R. Finizio <wfinizio@hutchlegal.com>
**Sent:** Monday, November 20, 2023 3:06 PM
**To:** Hayden Smith <hsmith@MACLAW.com>; Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

All – Please see attached, a draft Proposed Order Extending Time to Oppose the Motion to Dismiss the First Amended Complaint.  Please advise if it meets with your approval and authorize your signature.  Thanks.

Bill

---

**From:** Hayden Smith <hsmith@MACLAW.com>
**Sent:** Wednesday, November 15, 2023 9:59 AM
**To:** Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>; Brian R. Hardy <bhardy@maclaw.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; William R. Finizio <wfinizio@hutchlegal.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>
**Subject:** RE: Arcadia v. Nye County [IWOV-iManage.FID1286866]

Hi Brenoch,

I spoke with Brian and we are agreeable to the extensions you proposed—please prepare a stipulation for our review.

Thanks,



**Hayden R. D. Smith, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145

t | 702.207.6078
f | 702.382.5816
hsmith@maclaw.com
maclaw.com

 **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

---

**From:** Brenoch R. Wirthlin <bwirthlin@hutchlegal.com>
**Sent:** Tuesday, November 14, 2023 3:22 PM
**To:** Brian R. Hardy <bhardy@maclaw.com>; Hayden Smith <hsmith@MACLAW.com>
**Cc:** Michael M. DeLee <michael@deleelaw.com>; William R. Finizio <wfinizio@hutchlegal.com>; Jon Linder <jlinder@hutchlegal.com>; Danielle Kelley <dkelley@hutchlegal.com>
**Subject:** Arcadia v. Nye County

Brian and Hayden, it looks like our opposition to your motion to dismiss will be due the Monday after Thanksgiving. I know our office will be closed during the holidays and propose a 2 week extension for our opposition if you are agreeable. We are, of course, agreeable to similar extension on your reply due date. Let me know if you're good with that and we'll circulate the appropriate stipulation. Thanks

Brenoch R. Wirthlin
Partner

HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.